# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAUL ALBERTO MARTINEZ-CASTRO (2),<br>  aka "Tico,"<br>JOSE PRAXEDIS ANGULO-LARA (3),<br>  aka "Tragedia,"<br><br>  Defendants. | Case No.: 15-cr-876-H<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Motion of the United States, the Court hereby grants leave to dismiss this case against Defendants RAUL ALBERTO MARTINEZ-CASTRO (2), aka "Tico," and JOSE PRAXEDIS ANGULO-LARA (3), aka "Tragedia," without prejudice. The Court finds that the dismissal is based upon the United States' Motion made in the interests of justice.

Accordingly, all charges are hereby DISMISSED without prejudice against Defendants RAUL ALBERTO MARTINEZ-CASTRO (2), aka "Tico," and JOSE PRAXEDIS ANGULO-LARA (3), aka "Tragedia."

**IT IS SO ORDERED.**

DATED: 05/16/2023

_____
Honorable Marilyn L. Huff
United States District Judge